AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

DAVID TAYLOR,

        Plaintiff,

v.

ARIELA-ALPHA INTERNATIONAL, LLC,

        Defendant.

**APPEARANCE**

Case Number: 07 Civ. 7395 (JES)(THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Ariela-Alpha International, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/22/2007 | _[signature]_ |
| Date | Signature |
| | Elliot G. Sagor     ES 3012 |
| | Print Name     Bar Number |
| | 875 Third Avenue |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 918-3000    (212) 918-3100 |
| | Phone Number    Fax Number |