UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
DAVID TAYLOR,

     Plaintiff,

  - against -

ARIELA-ALPHA INTERNATIONAL, LLC,

     Defendant.

------------------------------------------------------------------ x

Docket No. 07 Civ 7395 (JES) (THK)

CERTIFICATE OF SERVICE

  I, Christine M. Wilson, certify under penalty of perjury that I caused a true and correct copy of the foregoing Notice of Appearance to be served on the 22nd day of August 2007 by first class U.S. mail and by electronic means to the following counsel of record:

    Debra L. Raskin, Esq.
Vladeck, Waldman, Elias & Engelhard, P.C.
    1501 Broadway, Suite 800
     New York, NY 10036

_____
Christine M. Wilson, Esq.

HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendant Ariela-Alpha International, LLC*