```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID TAYLOR,

                Plaintiff,

   - against -                        07 Civ. 7395 (JES)

ARIELA-ALPHA INTERNATIONAL, LLC,         **ORDER**

                Defendant.
----------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on August 22, 2007, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before September 21, 2007; and it is further

    **ORDERED** that a Hearing shall occur on October 12, 2007 at 11:00 a.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
           August 27, 2007

                                              _____
                                              John E. Sprizzo
                                       United States District Judge