Sprizzo, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
DAVID TAYLOR,                                                :     DATE FILED: 9/17/07
                                                             :
                Plaintiff,          :     Case No. 07 Civ. 7395 (JES)
                                                             :
        -against-                                   :     ECF CASE
                                                             :
ARIELA-ALPHA INTERNATIONAL, LLC,                             :     **STIPULATION AND ORDER**
                                                             :
                Defendants.        :
------------------------------------------------------------- x

       At the request of defendant Ariela-Alpha International, LLC ("*AAI*"), for a thirty day extension to answer or to otherwise more, and with the consent of plaintiff David Taylor, the time for defendant AAI to answer or otherwise move is extended from September 10, 2007 to October 10, 2007.

Dated: New York, New York
          September 10, 2007

HOGAN & HARTSON LLP                                VLADECK, WALDMAN, ELIAS &
                                                    ENGELHARD, P.C.


By: *[signature: Elliot G. Sagor]*                 By: *[signature]*
    Elliot G. Sagor                                  Debra A. Raskin

875 Third Avenue                                   1501 Broadway, Suite 800
New York, New York 10022                           New York, New York 10036
(212) 918-3638                                     (212) 918-3638
*Attorney for Defendant*                           *Attorney for Plaintiff*


                                       SO ORDERED:


                                       _____
                                       John E. Sprizzo
                                       U.S.D.J.