UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

DAVID TAYLOR,

                      Plaintiff,

-against-

ARIELA-ALPHA INTERNATIONAL, LLC,

                      Defendant.
---------------------------------x

07 CIV 7395 (JES) (THK)
**STIPULATION**

ECF CASE

IT IS HEREBY STIPULATED and agreed to by and between the undersigned attorneys for the parties that the parties, having reached an agreement for the resolution of this matter, do hereby consent to a postponement of the preliminary injunction hearing that had previously been scheduled for October 12, 2007 until February 5, 2008 at 12:00 p.m., in the hopes of completing the process of resolving this matter.

Dated: New York, New York
       October 5, 2007

                              VLADECK, WALDMAN, ELIAS &
                              ENGELHARD, P.C.

                  By: _____
                              Debra L. Raskin (DR 5431)
                              1501 Broadway, Suite 800
                              New York, New York 10036
                              (212) 403-7300
                              Attorneys for Plaintiff

247765 v1

HOGAN & HARTSON LLP

By: /s/ Michael Starr
Michael Starr (MS 6851)
875 Third Avenue
New York, New York 10022
Attorneys for defendants

SO ORDERED:

/s/ Peter K. Leisure
for Hon. John E. Sprizzo

10/11/07
DATE