SPRIZZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID TAYLOR,

                             Plaintiff,

    -against-

ARIELA-ALPHA INTERNATIONAL, LLC,

                            Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

07 CIV 7395 (JES) (THK)

**STIPULATION AND**
**ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the below-identified parties, that, pursuant to the terms of the Confidential Settlement Agreement of the parties, the above-captioned action and all claims asserted herein be, and hereby are, dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         October 3, 2007

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.

By: _____
Debra L. Raskin (DR 5431)
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300
Attorneys for Plaintiff

HOGAN & HARTSON, L.L.P.

By: _____
Michael Starr (MS 6851)
875 Third Avenue
New York, New York 10022
(212) 918-3000
Attorneys for Defendant

10/17/07

SO ORDERED:
Peter K. Leisure
for John E. Sprizzo
           U.S.D.J.